478 A.2d 102

Siebert v. Laties, Appellant.

Submitted February 27, 1984. Charles J. Duke, for appellant; Joseph J. Malizia, for appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.

478 A.2d 103

Smith et al. v. Sponseller et al., Appellant.

Argued November 1, 1983. Morrison B. Williams, for appellants; James T. Yingst, for appellees.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.